JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Michael DiGiulio
Leah Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

January 17, 2024

**VIA ECF**

Honorable PeggyKuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

> **Re:** *Buscaino v. Dircksen & Talleyrand, Inc. d/b/a/ River Café and Ariel Echevarria (22 cv 7572)(AMD)(PK)*

Dear Judge Kuo:

This firm represents Plaintiff Danielle Buscaino in the above-referenced matter. Pursuant to your Honor's Individual Practice Rules, we write to request an adjournment of the Settlement Conference currently scheduled for January 24, 2024. Defendants consent to this adjournment, and the Parties have identified the following proposed dates for the Settlement Conference:  February 8, 2024; February 20, 2024; February 21, 2024; March 7, 2024; or March 11, 2024.

Plaintiff's counsel has already submitted a position statement in preparation for the Settlement Conference but is now unexpectedly unable to attend on January 24, 2024. This is the first request for an extension of the Settlement Conference.

Thank you for the Court's consideration of this request.

Respectfully Submitted,

*/s/ Leah Seliger*
Leah Seliger