## Joseph & Kirschenbaum LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |
| Michael DiGiulio | |
| Leah Seliger | |

**Leah Seliger**
**Leah@jk-llp.com**
**(212) 688-5640**

June 14, 2024

**VIA ECF**

Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

     **Re:** *Buscaino v. Dircksen & Talleyrand, Inc. d/b/a/ River Café and Ariel Echevarria (22 cv 7572)(AMD)(PK)*

Dear Judge Donnelly:

  This firm represents Plaintiff Danielle Buscaino in the above-referenced matter. The Parties are currently scheduled to appear for an in-person pre-motion conference on June 18, 2024 at 2:30 p.m. pursuant to the Court's May 17, 2024 Order. Plaintiff's counsel has a scheduling conflict on June 18, 2024, thus, we are writing to request a brief adjournment of the pre-motion conference.

  Defendants' counsel consents to this request for adjournment. All Parties are available to appear in-person in the afternoon of June 28, 2024. All Parties are also available to appear remotely June 20, 2024 between 11 a.m. and 4 p.m.

  Thank you for the Court's attention to this matter.

            Respectfully Submitted,

            Leah Seliger