## JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---:|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |
| Michael DiGiulio | |
| Leah Seliger | |

**Leah Seliger**
**Leah@jk-llp.com**
**(212) 688-5640**

June 18, 2024

**VIA ECF**

Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

       **Re:**   *Buscaino v. Dircksen & Talleyrand, Inc. d/b/a/ River Café and Ariel Echevarria (22 cv 7572)(AMD)(PK)*

Dear Judge Donnelly:

     This firm represents Plaintiff Danielle Buscaino in the above-referenced matter. Pursuant to the Court's June 17, 2024 Rescheduling Order, the pre-motion conference was re-scheduled for June 27, 2024. Plaintiff's counsel will be in depositions that day. We have conferred with Defendants' counsel, and counsel for all Parties are available on July 11, 2024 or July 16, 2024 to appear in-person for the pre-motion conference.

     Thank you for the Court's attention to this matter.

                                                     Respectfully Submitted,

                                                   Leah Seliger