JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |
| Michael DiGiulio | |
| Leah Seliger | |

August 30, 2024

**VIA ECF**

Honorable PeggyKuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      **Re:**   *Buscaino v. Dircksen & Talleyrand, Inc. d/b/a/ River Café and Ariel Echevarria (22 cv 7572)(AMD)(PK)*

Dear Judge Kuo:

      This firm represents Plaintiff Danielle Buscaino in the above-referenced matter. Pursuant to your Honor's Individual Practice Rules, we write to request an extension of time to file our Response to Defendants' Motion for Summary Judgment filed on August 12, 2024 (ECF #39-#43). Plaintiff's Response is currently due on September 11, 2024. We are requesting a brief extension until September 20, 2024. Defendants consent to this request for an extension. We also ask that Defendants receive an additional ten days, until October 14, 2024, to file their Reply.

      This is Plaintiff's first request for an extension of time to file her Response. Thank you for the Court's consideration of this request.

                                      Respectfully Submitted,

                                      */s/ Leah Seliger*
                                      Leah Seliger